UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>ANNETTE WOOD,<br>                Defendant. | Case No. 3:20-cr-00030-HDM-CSD<br><br>ORDER |

On August 4, 2022, the government filed a superseding indictment. Accordingly, the motion to dismiss the original single-count indictment (ECF No. 37) is DENIED as moot. The denial is without prejudice to the filing of any motion the defendant believes is relevant to the superseding indictment.

IT IS SO ORDERED.

DATED: This 16th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE