UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 3:20-cr-00030-HDM-CSD |
| vs. | ) | MINUTES OF COURT |
| ANNETTE WOOD, | ) | August 25, 2022 |
| Defendant. | ) | |

**PROCEEDINGS: EVIDENTIARY HEARING RE: DEFENDANT'S MOTION TO SUPPRESS (ECF NO. 39) AND DEFENDANT'S MOTION TO DISMISS SUPERSEDING INDICTMENT (ECF NO. 52)**

**PRESENT:**
**THE HONORABLE HOWARD D. McKIBBEN**, SENIOR U.S. DISTRICT JUDGE

**Deputy Clerk:** Paris Rich          **Reporter:** Kathryn French

**Counsel for Plaintiff:**   Richard Casper, AUSA and Randy St. Clair, AUSA

**Counsel for Defendant:**   Chris Frey, AFPD

At 10:00 a.m., the Court convenes.

The Defendant (on bond) is present with counsel.   Christian Filipiak, APFD Investigator, is also present at counsel table.

Mr. Frey marks two additional defense exhibits as Defendant's Exhibit 501 (Legacy.com death notice of Manuel Oliveira) and Defendant's Exhibit 502 (Comerica Bank records).

The Government's counsel is present with Michael Stuto, Special Agent, Social Security Administration, Office of the Inspector General.

The Court addresses the matters on calendar this date.

Mr. Casper inquires as to whether the Court has listened to the Defendant's interview (Government's Exhibit 1).   The Court states it has not yet heard the interview, but will hear testimony this date.

MICHAEL STUTO, Special Agent, Social Security Administration, Office of the Inspector General, called on behalf of the Government, is sworn, examined on direct by Mr. Casper, examined by the Court, cross-examined by Mr. Frey, and released subject to recall.

**IT IS ORDERED that the Government's Exhibit 1 is received into evidence.**

USA v. ANNETTE WOOD                                                August 25, 2022
3:20-cr-00030-HDM-CSD                                                   Page 2 of 2

At 11:52 a.m., the Court stands at recess until 2:00 p.m. this date.

At 2:05 p.m., the Court reconvenes.   All parties are present.

MICHAEL STUTO, Special Agent, Social Security Administration, Office of the Inspector General, resumes the witness stand, is further cross-examined by Mr. Frey, examined on redirect by Mr. Casper, recross-examined by Mr. Frey, examined by the Court, further examined on redirect by Mr. Casper, and excused.

Mr. Frey marks an additional defense exhibit as Defendant's Exhibit 503 (Prosecution report).

**IT IS ORDERED that the Defendant's Exhibits 503 and 500 are received into evidence.**

The Government rests.

The Defense has no witnesses to present.   The Defense rests.

With respect to the Defendant's Motion to Dismiss Superseding Indictment (ECF No. 52), the Court recites findings.   **IT IS ORDERED that the Defendant's Motion to Dismiss Superseding Indictment (ECF No. 52) is DENIED.**

With respect to the Defendant's Motion to Suppress (ECF No. 39), **IT IS ORDERED that the Defendant's Motion to Suppress (ECF No. 39) shall stand SUBMITTED.**

Mr. Casper states the Court's ruling on the Defendant's Motion to Suppress (ECF No. 39) could be dispositive on whether the Government will continue to pursue the charges in this matter and proceed to trial on September 12, 2022.   The Court recites statements.

**IT IS ORDERED that a Telephonic Hearing regarding the issuance of a ruling on the Defendant's Motion to Suppress (ECF No. 39) is set for <u>Tuesday, August 30, 2022 at 9:00 a.m.</u> before Judge Howard D. McKibben.**

The Court states if the parties are able to resolve the matter, they shall advise the Court.

The Defendant is continued on all present terms of release.

At 3:05 p.m., the Court adjourns.

                                                    DEBRA K. KEMPI, CLERK


                                                    By: <u>/s/ Paris Rich                    </u>
                                                         Deputy Clerk