UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00030-HDM-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANNETTE WOOD, | |
| Defendant. | |

The government has filed a motion to dismiss the superseding indictment (ECF No. 74) but does not specify whether it seeks dismissal with or without prejudice. Accordingly, on or before November 3, 2022, the government shall advise the court whether its motion seeks dismissal of the superseding indictment with or without prejudice.

IT IS SO ORDERED.

DATED: This 27th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE