UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANNETTE WOOD,<br>also known as Annette Oliveira,<br><br>        Defendant. | Case No. 3:20-cr-00030-HDM-CSD<br><br>AMENDED ORDER OF DISMISSAL |

    The court's order of dismissal dated November 3, 2022, (ECF No. 77) is amended as follows:

    Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Federal Rule of Criminal Procedure 48(a); and

    IT IS THEREFORE ORDERED that the superseding indictment against ANNETTE WOOD, also known as Annette Oliveira, is hereby DISMISSED WITH PREJUDICE.

    Dated this  3rd  day of November, 2022.

                                                   HOWARD D. MCKIBBEN<br>
                                                   UNITED STATES DISTRICT JUDGE